# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1124**  **September Term, 2025**

**SEC-2023-47**

**Filed On:** April 17, 2026

John Doe,

        Petitioner

    v.

Securities and Exchange Commission,

        Respondent

      **BEFORE:**    Pillard and Pan, Circuit Judges; and Rogers, Senior Circuit Judge

# OPINION UNDER SEAL
# NOT AVAILABLE TO THE PUBLIC